Return Date: January 20, 2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

In re: 4921 12th Avenue LLC

Bankruptcy Case No.:
1−18−47256−jmm

--------------------------------------------------------------------------------X

Mark Frankel as Plan Administrator for 4921 12th Avenue LLC,

Adversary Proceeding No.:
1−19−01120−jmm

                         Plaintiff,

−against−

Assigned to:
Judge Jil Mazer-Marino

Yehuda I Salamon
David Salamon
Yidel's Shopping Cart, Inc.
E−Commerce Expand, LLC
Yidel's Online Food Station, LLC
Yidel's Shopping Cart, Inc. d/b/a Riverstone Group
Riverstone, USA, LLC
John Doe No. 1 through John Doe No. 10, the last ten names being fictitious and unknown to Plaintiff, persons or parties intended being persons, corporations or others, being the current and former tenants or occupants of the Debtor's real property located at 4917-4921 12th Avenue, Brooklyn, New York
Ultimate Oppurtunities, LLC a/k/a Ultimate Opportunities, LLC

                         Defendant(s)
--------------------------------------------------------------------------------X

## RE-NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that the Motion for Default Judgment filed as CM/ECF Doc. 90 by Plaintiff Mark Frankel as Plan Administrator for the debtor, 4921 12th Avenue LLC against Defendant Ultimate Oppurtunities, LLC a/k/a Ultimate Opportunities, LLC ("Motion") was previously noticed for a hearing on December 2, 2020, with any written objection to be filed by November 25, 2020.  No written objection was filed by the November 25, 2020 deadline.

**PLEASE TAKE FURTHER NOTICE** that the Motion is now noticed for a hearing on January 20, 2021 at 2:00 PM before the Hon. Jil Mazer-Marino, Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York, 11201.

**PLEASE TAKE FURTHER NOTICE** any written objection to this motion, with proof of service, must be filed with the Clerk of the Court at least seven (7) days before the return date.

**PLEASE TAKE FURTHER NOTICE** that the return date to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated: New York, New York
December 2, 2020

        **BUTLER, FITZGERALD, FIVESON**
          **& McCARTHY**
        A Professional Corporation
        *Attorneys for Plaintiff, Mark Frankel*
        *Plan Administrator for 4921 12th Avenue, LLC*

        By:  */s/ David K. Fiveson*
            David K. Fiveson, Esq.
        A Principal of the Firm
        9 East 45th Street, Ninth Floor
        New York, New York 10017
        (212) 615-2200