**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No.: 1-18-47256-JMM |
| 4921 12TH AVENUE LLC | Judge Jil Mazer-Marino |
| Debtor | Chapter 7 |
| MARK FRANKEL AS PLAN ADMINISTRATOR FOR 4921 12TH AVENUE LLC | |
| Plaintiff | |
| Vs | Adv. Pro. No.: 1-19-01120-JMM |
| YEHUDA SALAMON | |
| DAVID SALAMON | **ORDER TO SHOW CAUSE** |
| YIDEL'S SHOPPING CART, INC. | |
| E-COMMERCE EXPAND, LLC | |
| YIDEL'S ONLINE FOOD STATION, LLC | |
| YIDEL'S SHOPPING CART, INC. D/B/A RIVERSTONE GROUP | |
| RIVERSTONE, USA, LLC | |
| JOHN DOE NO. 1 through JOHN DOE NO. 10, the last ten names being fictitious and unknown to Plaintiff, persons or parties intended being persons, corporations or others, being the current and former tenants or occupants of the Debtor's real property located at 4917-4921 12th Avenue, Brooklyn, New York | |
| ULTIMATE OPPURTUNITIES, LLC A/K/A ULTIMATE OPPORTUNITIES, LLC | |
| Defendants. | |

**NOTICE:** THE PURPOSE OF THE HEARING IS TO PUNISH (1) YIDEL'S SHOPPING CART, INC., YIDEL'S ONLINE FOOD STATION, LLC., YIDEL'S SHOPPING CART INC. D/B/A RIVERSTONE GROUP, RIVERSTONE USA, LLC AND YEHUDA SALAMON FOR CONTEMPT OF COURT. SUCH PUNISHMENT MAY CONSIST OF A FINE OR IMPRISONMENT, OR BOTH, ACCORDING TO LAW.

**WARNING:** YOUR FAILURE TO APPEAR IN COURT MAY RESULT IN YOUR IMMEDIATE ARREST AND IMPRISONMENT FOR CONTEMPT OF COURT

Upon the annexed application of David K. Fiveson dated March 22, 2021 and the exhibits annexed thereto, the subpoenas dated November 6, 2020, the affidavits of service thereof, the judgment annexed thereto, and all prior pleadings and proceedings herein;

Defendants Yidel's Shopping Cart, Inc., Yidel's Online Food Station, LLC.; Yidel's Shopping Cart Inc. d/b/a Riverstone Group, Riverstone USA, LLC, and Yehuda Salamon ("Yehuda Defendants") shall show cause on April 20, 2021 at 2:00 PM or as soon thereafter as Movant may be heard before Hon. Jil Mazer-Marino, Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York, 11201, why this Court should not enter an Order for the following relief:

Pursuant to CPLR 5251 and Judiciary Law 753(A)(5), adjudging Yehuda Salamon individually and as principal of Yidel's Shopping Cart, Inc., Yidel's Online Food Station, LLC.; Yidel's Shopping Cart Inc. d/b/a Riverstone Group, Riverstone USA, LLC to be in civil contempt for their failures to comply with the subpoenas dated November 6, 2020 in aid of enforcement of a judgment;

Pursuant to Fed. Rule Civ. Pro. 69, and Judiciary Law 753, punishing Yehuda Salamon for such contempt or by fine, or up to six (6) months of imprisonment or both; or alternatively,

Pursuant to Fed. Rule 69 and CPLR 2308 (b), conditioning the relief requested above on the Yehuda Defendants' failure to comply with an order of this Court compelling full compliance with the subpoena by producing the documents set forth in the subpoenas and appearing for their deposition to completion within 30 days of an order; and,

Granting movant $3,500 in counsel fees and such other and further relief as may be just, proper, and equitable; and it is further

ORDERED that service of this Order to Show Cause together with the application upon Yehuda Salamon individually and as principal for of Yidel's Shopping Cart,

Inc., Yidel's Online Food Station, LLC.; Yidel's Shopping Cart Inc. d/b/a Riverstone Group, Riverstone USA, LLC, pursuant to Fed. Rule Civ. Pro. 4(e)(2), on or before the ___ date of ___ 2021, shall be deemed good and sufficient service thereof.

ENTER:

_____