**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

# ABSTRACT OF JUDGMENT

**Case No.** 18-47256-jmm
**Adv. Proc. No.** 19-01120-jmm

| Names of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Yehuda I. Salamon<br>1152 53rd Street,<br>Brooklyn, NY 11219<br><br>Yidel's Shopping Cart, Inc<br>Yidel's Online Food Station, LLC<br>Yidel's Shopping Cart, Inc. d/b/a Riverstone Group<br>Riverstone USA, LLC<br>4921 12th Avenue<br>Brooklyn, NY 11219 | Mark Frankel as Plan Administrator for 4921 12th Avenue LLC |

| Amount of Judgment | Names and Address of Attorneys | When Docketed |
|---|---|---|
| (1) Yidels Shopping Cart, Inc., in the amount of $6,095,068.80 (2) Yidels Online Food Station, LLC.; in the amount of $1,330,655.00; (3) Yidels Shopping Cart Inc. d/b/a Riverstone Group in the amount of $2,500,000.00; (4) Riverstone USA, LLC., in the amount of $2,500,000.00; (5) Yehuda Salamon in the amount of $6,095,068.00 | Attorney for Plaintiff:<br>David K. Fiveson<br>Butler Fitzgerald Fiveson & McCarthy, PC<br>9 East 45th Street 9th FL<br>New York, NY 10017<br><br>Attorney for Defendants:<br>Phillip Mahony<br>Phillip Mahony, Esq.<br>21-83 Steinway Street<br>Astoria, NY 11105 | September 30, 2020 |

**I CERTIFY, that the foregoing is a correct Abstract of Judgment.**

**Dated: Brooklyn, New York**
**April 5, 2021**

**ROBERT A. GAVIN, JR.**
**Clerk of Court**

**By:** **s/Amy Stewart**